IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| WARNER MARSH<br>  Plaintiff | §<br>§<br>§ | |
| VS. | §<br>§ | C.A. 4:25-cv-986 |
| NEWREZ LLC D/B/A SHELL POINT<br>MORTGAGE SERVICING<br>  Defendant | §<br>§<br>§<br>§ | |

## AGREED MOTION TO REMAND

Defendant, NewRez, LLC dba Shellpoint Mortgage Servicing, ("**Shellpoint**" or "**Defendant**") and Plaintiff Warner Marsh ("**Plaintiff**") file this Agreed Motion to Remand this action back to state court and would show as follows.

1. Defendant properly removed this action from state court to this Court on March 4, 2025 based on diversity grounds. On March 13, 2025, Plaintiff filed his First Amended Complaint adding a defendant, JB Real State, LLC, that is reportedly a Texas citizen for Diversity purposes. Counsel for Defendant and Plaintiff have conferred in good faith and agree this matter should now be remanded of this matter back to the 164th District Court of Harris, County, Texas where it was originally filed and seek the permission and order of this Court for such remand.

Therefore, Defendant and Plaintiff respectfully request that the present action be remanded back to the 164th District Court of Harris, County, Texas, where it was originally filed prior to removal under Cause No. 2025-13896.

4927-5546-0657, v. 1

Respectfully submitted,

By: /s/ Michael F. Hord Jr.
    Michael F. Hord Jr.
    State Bar No. 00784294
    Federal I.D. No. 16035
    Eric C. Mettenbrink
    State Bar No. 24043819
    Federal I.D. No. 569887
    HIRSCH & WESTHEIMER, P.C.
    1415 Louisiana, 36th Floor
    Houston, Texas 77002-2772
    713-220-9182 Telephone
    713-223-9319 Facsimile
    Email: mhord@hirschwest.com
    Email: emettenbrink@hirschwest.com

**ATTORNEYS FOR DEFENDANT**

By: /s/ Robert C. Vilt
    Robert C. Vilt
    Texas Bar No. 00788586
    Federal I.D. No. 20296
    Vilt and Associates, P.C.
    5177 Richmond Avenue, Suite 1142
    Houston, Texas 77056
    (713) 840-7570 Telephone
    (713) 877-1827 Facsimile
    cvilt@viltlaw.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of April, 2025, a true and correct copy of this Agreed Motion to Remand has been served in accordance with **Federal Rule of Civil Procedure 5(b)** to the following:

    Robert C. Vilt
    Vilt and Associates, P.C.
    5177 Richmond Avenue, Suite 1142
    Houston, TX 77056
    **Via ECF and E-Mail**

/s/ Michael F. Hord Jr.
Michael F. Hord Jr.

4927-5546-0657, v. 1