Case 4:25-cv-00986   Document 16   Filed on 04/07/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 07, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WARNER MARSH, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | |
| § | CIVIL ACTION NO. H-25-0986 |
| NEWREZ, LLC d/b/a SHELLPOINT § | |
| MORTGAGE SERVICING and JB REAL § | |
| STATE LLC, § | |
| § | |
| Defendants. § | |

### ORDER OF REMAND

On this day came on to be heard defendants NewRez, LLC d/b/a Shellpoint Mortgage Servicing and JB Real State, LLC and plaintiff Warner Marsh's Amended Agreed Motion to Remand (the "Motion") (Docket Entry No. 15).

The court is of the opinion that the Motion has merit and should be and is in all things **GRANTED**. It is therefore

**ORDERED** that this action is **REMANDED** to the 164th Judicial District Court of Harris County, Texas, where it was originally filed under Cause No. 2025-13896 prior to removal.

The Clerk will provide a copy of this Order of Remand to the District Clerk of Harris County.

**SIGNED** at Houston, Texas, on this the 7th day of April, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE